# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christian K. Simpson aka Christian Keith Simpson aka Christian Simpson Jennifer L. Simpson aka Jennifer Louise Simpson aka Jennifer Simpson aka Jennifer L. Bunner <br>       Debtors | BK NO. 16-01597 JJT <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, and index same on the master mailing list.

      Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant