```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01597-JJT
Christian K. Simpson                                            Chapter 13
Jennifer L. Simpson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar         Page 1 of 1          Date Rcvd: May 12, 2017
                              Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
4791962        +HSBC Bank USA, N.A.,    c/o HSBC MORTGAGE SERVICES, INC.,    P.O. BOX 21188,
                EAGAN, MINNESOTA 55121-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Christian K. Simpson
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent Rubino    on behalf of Joint Debtor Jennifer L. Simpson
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-01597-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Christian K. Simpson
4212 Chatham Circle
Aston PA 19014

Jennifer L. Simpson
215 Spring Street
East Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: HSBC Bank USA, N.A., c/o HSBC MORTGAGE SERVICES, INC., P.O. BOX 21188, EAGAN, MINNESOTA 55121

Name and Address of Transferee:

U.S. Bank National Association, as inde
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
U.S. Bank National Association, as inde
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/14/17

Terrence S. Miller
**CLERK OF THE COURT**