IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTIAN K. SIMPSON,                           :           CHAPTER 13
a/k/a CHRISTIAN KEITH SIMPSON,                  :
a/k/a CHRISTIAN SIMPSON, and                    :           CASE NO. 5:16-01597
JENNIFER L. SIMPSON,                            :
a/k/a JENNIFER LOUISE SIMPSON,                  :
a/k/a JENNIFER SIMPSON,                         :
a/k/a JENNIFER L. BUNNER,                       :
         DEBTOR                                 :


CERTIFICATE OF SERVICE

        I hereby certify that on the 2nd day of February, 2018, I caused to be served by

first class mail, postage prepaid, a true and correct copy of the Chapter 13 Plan and

Notice of Case Filing in the above referenced case on:

        Officer, Managing or General Agent, or Agent
        Authorized to Receive Service of Process
        CitiMortgage, Inc.
        PO Box 6243
        Sioux Falls, SD 57117



                                        NEWMAN, WILLIAMS, MISHKIN,
                                        CORVELEYN, WOLFE & FARERI


                                        By:  /s/ Vincent Rubino
                                              Vincent Rubino, Esq.
                                              Attorney for Debtors
                                              Attorney ID# 49628
                                              712 Monroe Street
                                              Stroudsburg, PA  18360
                                              570-421-9090