```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-01597-JJT
Christian K. Simpson                                                      Chapter 13
Jennifer L. Simpson
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: KADavis              Page 1 of 1              Date Rcvd: Aug 14, 2018
                              Form ID: fnldec            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db           +Christian K. Simpson,    4212 Chatham Circle,    Aston, PA 19014-3002
jdb          +Jennifer L. Simpson,    215 Spring Street,    East Stroudsburg, PA 18301-2221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 2 Jennifer L. Simpson
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent Rubino     on behalf of Debtor 1 Christian K. Simpson
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christian K. Simpson, <br> aka Christian Keith Simpson, aka Christian Simpson, | Chapter 13 |
| **Debtor 1** | Case No. 5:16–bk–01597–JJT |
| Jennifer L. Simpson, <br> aka Jennifer Louise Simpson, aka Jennifer Simpson, aka Jennifer L. Bunner, | |
| **Debtor 2** | |

Social Security No.:
          xxx–xx–8041          xxx–xx–8806

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 14, 2018        By the Court,

                                        Honorable John J. Thomas
                                        United States Bankruptcy Judge
                                        By: KADavis, Deputy Clerk

**fnldec** (05/18)